**Opinion filed April 3, 2014**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00044-CR & 11-14-00045-CR

_____

## IVER GARDEA RAMIREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause Nos. CR38364 & CR41936**

### M E M O R A N D U M   O P I N I O N

Iver Gardea Ramirez, Appellant, has filed a motion to dismiss appeal in each cause. In the motions, Appellant "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." The motions are signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motions are granted, and the appeals are dismissed.

April 3, 2014 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.